USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY ARTOPE,

          Plaintiff,

- against -

CENTER FOR ANIMAL CARE AND CONTROL INC., et al.,

          Defendants.

**ORDER**

05 Civ. 9283 (KMW) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on August 1, 2006,

**IT IS HEREBY ORDERED THAT**

1) the plaintiff shall produce all documents mentioned in defendants' July 26, 2006 letter to the Court by **August 22, 2006**;

2) the discovery deadline is extended to **September 30, 2006**; and

3) the parties shall submit a joint pretrial order in accordance with the individual practices of District Judge Kimba M. Wood by **November 30, 2006**.

**SO ORDERED this 1st day of August 2006**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge