```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
WESLEY ARTOPE,                       :
                                     :
              Plaintiff,             :
                                     :
     -against-                       :   05 cv 9283 (KMW)(RLE)
                                     :        ORDER
CENTER FOR ANIMAL CARE AND CONTROL,  :
INC., NEW YORK CITY ANIMAL CARE AND  :
CONTROL and ED BOKS,                 :
                                     :
              Defendants.            :
-------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/__/09

KIMBA M. WOOD, U.S.D.J.:

On April 2, 2009, after receiving notice from the parties that they had reached a settlement in the above-captioned case, the Court closed the case, but informed the parties that, upon their request within ninety days, the action would be restored.

By letter dated May 18, 2009, the parties informed the Court that they have prepared a written settlement agreement, and "agree on all terms except . . . the breakdown on the settlement amount between wages (W-2 income) and compensatory damages (1099 income)." The parties request the Court's guidance in resolving this one remaining issue.

The Court orders the Clerk of the Court to reopen the case, so that it may be referred to Magistrate Judge Ronald L. Ellis for settlement purposes.

SO ORDERED.

DATED:   New York, New York
         May 21, 2009

_____
KIMBA M. WOOD
United States District Judge